Thomas S. Howard, Esq.
**KIRSCH GARTENBERG HOWARD LLP**
Two University Plaza
Hackensack, New Jersey 07601
(201) 488-4644
thoward@kghlaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X
WILLIAM T. BRUCK, JR.,

                       Plaintiff,

          -against-

UNITED STATES OF AMERICA, ERIC K. SHINSEKI,
as Secretary of the Department of Veterans Affairs,
GARY KAO, M.D., JOHN DOES 1-50 (*being the
fictitious names of persons who are not presently known
to plaintiff*),

                      Defendants.
---------------------------------------------------------------------X

Civil Action No. 3:10-cv-03353
(AET)(TJB)

**NOTICE OF VOLUNTARY DISMISSAL**

        Plaintiff, by his attorneys, hereby voluntarily dismisses the captioned matter with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 24, 2010

                                **KIRSCH GARTENBERG HOWARD LLP**
                                *Attorneys for Plaintiff*

                                By: s/Thomas S. Howard, Esq.

*Co-counsel:*

Leslie Lewis, Esq.
THE JACOB D. FUCHSBERG LAW FIRM, LLP
500 Fifth Avenue, 45th Floor
New York, New York  10110